JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JONATHAN PAYTON,** individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>   vs.<br><br>**TITAN SOLAR CONSTRUCTION**,<br><br>Defendant. | Case No. 2:17-cv-02619-RGK-MRW<br><br>[~~PROPOSED~~] ORDER |

    IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties this matter is dismissed without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear their own costs and attorneys' fees.

    Dated this 24th day of May, 2018.

*/s/ Gary Klausner*
_____
The Honorable R. Gary Klausner

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Order to Dismiss - 2